UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN HERNANDEZ,<br>　　　　　　　　　Defendant. | 22-CR-293-6 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

　　The C.J.A. attorneys previously appointed in this case, Evan L. Lipton and Michael K. Bachrach, are hereby relieved as counsel, and C.J.A. attorney Michael Hueston is hereby appointed to represent the defendant.

　　SO ORDERED.

Dated: June 16, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge