UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>BRIAN HERNANDEZ,<br><br>Defendant. | PROPOSED ORDER<br><br>22 Cr. 293 (JPO) |

Upon the application of Leonardo M. Aldridge and Ben Zeman, attorneys for Brian Hernandez:

IT IS HEREBY ORDERED that the defendant Brian Hernandez, Inmate No. 368984, will be permitted to receive non-prison clothing at Hudson County Correctional Center to wear for his trial scheduled to begin on April 7, 2025. He is permitted to have up to three pairs of pants, one blazer, four pairs of socks, four shirts, four undershirts, two ties, one belt, one pair of shoes and one sweater to wear to Court.

Dated:  New York, New York
        April 2, 2025

_____
J. PAUL OETKEN
United States District Judge